# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LIN HUI, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:17-cv-00276-VEH-SGC |
| JOHN KELLY, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot (Doc. 6), filed May 3, 2017. In the motion, Respondents note Petitioner was released from ICE custody on March 23, 2017 (*Id.* at 1; Doc. 6-1 at 1). Because Petitioner has been released, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Weinstein v. Bradford*, 423 U.S. 147, 149 (1975); *Ijaoba v. Holder*, 4:12-cv-03792-JHH-RRA, 2013 WL 1490927 at *1 (N.D. Ala. 2013). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** and **ORDERED** this 8th day of May, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge